UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
       Plaintiff,                                             :       VERDICT SHEET
       -against-                                              :       08 CR 559 (CBA)
ANTHONY ANTICO,                                    :
       Defendant.                                           :
----------------------------------------------------------x
AMON, UNITED STATES DISTRICT JUDGE

**COUNT ONE:**     Racketeering Conspiracy

Which, if any, of the following Racketeering Acts have been proven beyond a reasonable doubt against the defendant ANTHONY ANTICO?

    **Racketeering Act One**     (Extortion and Extortion Conspiracy - Serafino)

    Subpart A:     (Hobbs Act Extortion Conspiracy)

        Proven _____     Not Proven __12__

    Subpart B:     (Hobbs Act Extortion)

        Proven __X__     Not Proven __12__

    **Racketeering Act Two**     (Illegal Gambling)

        Proven __12__     Not Proven _____

    **Racketeering Act Three**     (Robbery Conspiracy/Attempted Robbery - Antonelli)

    Subpart A:     (Hobbs Act Robbery Conspiracy)

        Proven _____     Not Proven __12__

COURT EXHIBIT

3

    Subpart B:    (Hobbs Act Attempted Robbery)

        Proven _____    Not Proven __12__

    Subpart C:    (State Law Robbery Conspiracy)

        Proven _____    Not Proven __12__

    Subpart D:    (State Law Attempted Robbery)

        Proven _____    Not Proven __12__

**Racketeering Act Four**    (Larceny By Extortion Conspiracy/Robbery Conspiracy - Gulinello)

[marked with an X through this section]

    Subpart A:    (State Law Extortion Conspiracy)

        Proven __12__    Not Proven _____

    Subpart B:    (State Law Robbery Conspiracy)

        Proven __12__    Not Proven _____

As to **COUNT ONE**, how do you find the defendant ANTHONY ANTICO?

    Guilty __✓__    Not Guilty _____

As to the following counts, how do you find the defendant ANTHONY ANTICO?

**COUNT TWO:**    Illegal Gambling

    Guilty __12__    Not Guilty _____

**COUNT THREE:**    Hobbs Act Robbery Conspiracy

    Guilty _____    Not Guilty __12__

**COUNT FOUR:**    Hobbs Act Attempted Robbery

    Guilty _____    Not Guilty __12__

**COUNT FIVE:**    Using, Carrying and Possessing a Firearm

    Guilty _____    Not Guilty __12__

[margin annotation: Antonelli]

(CONTINUED ON NEXT PAGE)

IF YOUR VERDICT IS GUILTY AS TO COUNT FIVE, PLEASE RESPOND TO THE FOLLOWING QUESTIONS:

    A. Do you find that the government proved, beyond a reasonable doubt, that the firearm charged in Count Five was brandished?

    \_\_\_\_\_ Yes          \_\_\_\_\_ No

    B. Do you find that the government proved, beyond a reasonable doubt, that the firearm charged in Count Five was discharged?

    \_\_\_\_\_ Yes          \_\_\_\_\_ No